UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COX OPERATING, LLC | CIVIL ACTION |
| VERSUS | NO. 20-2845 C/W 20-2871 |
| ATINA M/V, ET AL. | SECTION: "H"(2) |

### ORDER

The Court's case manager held a Scheduling Conference on April 3, 2023 with all parties to select a new trial and pretrial conference date.

**IT IS ORDERED** that the two-week bench trial in this matter is RESET to begin on Monday, September 18, 2023, and continue through Friday, September 22, 2023. The second week of the bench trial will begin on Tuesday, October 10, 2023 and continue throughout that week, and into the next, if necessary. Each day of trial is scheduled to begin at 8:30 a.m.

**IT IS FURTHER ORDERED** that the pretrial conference is RESET for Thursday, August 31, 2023 at 3:00 p.m. All other dates in the previous scheduling order remain unchanged.

Signed, New Orleans, Louisiana, this 3rd day of April, 2023.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE