UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**COX OPERATING, LLC**     **CIVIL ACTION**

**VERSUS**     **NO: 20-2845 c/w 20-2871**

**ATINA M/V ET AL.**     **SECTION "H"**

### ORDER

Before the Court are several pending motions.

Accordingly;

**IT IS ORDERED** that Ciner Ship Management's Motion for Summary Judgment (Doc 272) is **GRANTED** with reasons to follow, and all claims against Ciner Ship Management are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the Associated Branch Pilots of the Port of New Orleans's Motion for Summary Judgment (Doc. 281) is **GRANTED** with reasons to follow, and all claims against the Associated Branch Pilots are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Cox Operating's Motion in Limine to Limit Testimony of Associated Branch Pilots of the Port of New Orleans's Expert Chris Caddell is **DENIED**. Because this is a bench trial, "the objectives of *Daubert*, upon which the instant Motion is premised, are no longer implicated and the need for pre-trial rulings on the admissibility of evidence is

significantly reduced."[1] The Court will rule on the parties' objections to experts as they are raised at trial.

      New Orleans, Louisiana this 6th day of April, 2023.

      *[signature]*
      _____
      **JANE TRICHE MILAZZO**
      **UNITED STATES DISTRICT JUDGE**

---

[1] Tucker v. United States, No. CV 18-4056-WBV-MBN, 2019 WL 4221070, at *2 (E.D. La. Sept. 5, 2019).