UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **Cox Operating, L.L.C.,** | § § § | |
| Plaintiff, | § § | Civil Action No. 20-2845 c/w 20-2871 |
| v. | § § | (Applies to: All Cases) |
| **M/V ATINA, IMO No. 9593000,** ALONG WITH ITS ENGINES, TACKLE, APPAREL, BOILERS, FURNITURE, EQUIPMENT, APPURTENANCES, ETC., *in rem*, and HANZHOU 1 LTD and CINER SHIP MANAGEMENT, *in personam*, | § § § § § § § § § § | SECTION "H"(2)  JUDGE MILAZZO  MAGISTRATE JUDGE CURRAULT  ADMIRALTY |
| Defendants. | § | |

## MOTION TO RECONSIDER DISMISSAL OF PUNITIVE-DAMAGE CLAIM AGAINST BESIKTAS

**NOW INTO COURT**, through undersigned counsel, comes Cox Operating, L.L.C. ("Cox Operating", Energy XXI GOM, L.L.C. ("Energy XXI"), and EPL Oil & Gas, L.L.C. ("EPL"), and respectfully move this Court to reconsider the dismissal of Cox's punitive-damage claim against Besiktas (Rec. Doc. 347).

**WHEREFORE**, for the reasons more detailed in the accompanying Memorandum, Cox requests that this Motion be granted and the Court reconsider the dismissal of its punitive-damage claim against Besiktas.

#101232965v1

Respectfully submitted,

/s/ Alfred J. Rufty, III
GEORGE J. FOWLER, III (#5798)
EDWARD F. LEBRETON, III (#8215)
RICHARD D. BERTRAM (#17881)
ALFRED J. RUFTY, III (#19990)
ABIGAIL J. WEILAND (#40543)
JONES WALKER LLP
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:   (504) 582-8754
Facsimile:   (504) 589-8754
E-Mail:   gfowler@joneswalker.com
          elebreton@joneswalker.com
          rbertram@joneswalker.com
          arufty@joneswalker.com
          aweiland@joneswalker.com

**Attorneys for Claimants in Limitation, Cox Operating, LLC, Energy XXI GOM, LLC and EPL Oil & Gas LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system this 1st day of May, 2023. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system and/or U.S. Mail or electronic means.

/s/ Alfred J. Rufty, III

#101232965v1