UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COX OPERATING, L.L.C.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 20-2845 C/W 20-2871** |
| **M/V ATINA ET AL** | * | **SECTION "H" (2)** |
| | * | **JUDGE MILAZZO**<br>**MAG. CURRAULT** |
| | | **APPLIES TO ALL CASES** |

\*   \*   \*   \*   \*   \*   \*   \*

### BESIKTAS' MOTION TO STRIKE CLAIMANTS' SUBMISSION OF INADMISSIBLE STATEMENTS GIVEN TO THE NTSB AND USCG

**NOW INTO COURT**, through undersigned counsel, comes Petitioner, Besiktas Likid Tasimacilik Denizcilik Ticaret A.S., and respectfully moves this Honorable Court to strike Claimants', Cox Operating, LLC, Energy XXI GOM LLC, and EPL Oil & Gas, LLC, Exhibit 1, excerpts of the transcript of the unsworn U.S. Coast Guard interview of Capt. Fuat Onur Hürmüzlü, master of the M/T ATINA (R. Doc. 355-2), and Claimants' Exhibit 26, an excerpt of the transcript of the unsworn U.S. Coast Guard interview of Bertan Pisirici, Second Officer of the M/T ATINA (R. Doc. 355-27), submitted in support of Claimants' Motion to Reconsider Dismissal of Punitive-Damage Claim Against Besiktas (R. Doc. 355) and for any other purpose in this civil proceeding. Because both interviews were conducted as part of an investigation on behalf of the United States Coast Guard and/or the National Transportation Safety Board, neither interview is admissible by statute in a civil proceeding. Therefore, Claimants' Exhibits 1 and 26 should be stricken and excluded from consideration in this civil proceeding, including the Claimants' Motion to Reconsider Dismissal of Claimants' Punitive Damage Claim against Besiktas, as explained more fully in the accompanying Memorandum.

2

Respectfully submitted,

MURPHY, ROGERS, SLOSS,
 GAMBEL & TOMPKINS

  */s/ Peter B. Sloss*
Robert H. Murphy, T.A. (#9850)
rmurphy@mrsnola.com
Peter B. Sloss (#17142)
psloss@mrsnola.com
Peter B. Tompkins (#17832)
ptompkins@mrsnola.com
Timothy D. DePaula (#31699)
tdepaula@mrsnola.com
701 Poydras Street
Suite 400, Hancock Whitney Center
New Orleans, LA   70139
Telephone: (504) 523-0400
Fax: (504) 523-5574
*Attorneys for Petitioner, Besiktas Likid Tasimacilik Denizcilik Ticaret A.S.*